# 642 APPELLATE COURTS OF ILLINOIS.

David R. Kershaw, appellee, v. Illinois Power & Light Corporation, appellant. Gen. No. 7,491.

Action for personal injuries sustained in collision between automobile and street car. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the April term, 1925. Affirmed. Opinion filed July 11, 1925. Rehearing denied September 26, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Hunter, Page & Kavanagh, for appellant. Joseph A. Weil and Joseph F. Bartley, for appellee; Weil, Bartley & Weil, of counsel.

Mr. Justice Partlow delivered the opinion of the court.

---

School Directors of District No. 89, County of Winnebago and State of Illinois et al., appellants, v. Trustees of Schools of Township No. 26, North, Range No. 10, East of the Fourth Principal Meridian et al., appellees. Gen. No. 7,392.

Mandamus to compel school trustees to set off credits on attachment of school districts. Judgment for defendants. Appeal from the Circuit Court of Winnebago county; the Hon. E. D. Reynolds, Judge, presiding. Heard in this court at the October term, 1924. Reversed and remanded. Opinion filed July 14, 1925.

Hyer, Gill & Rang, for appellants. Welsh & Welsh and Garrett, Maynard & Hull, for appellees.

Mr. Justice Jett delivered the opinion of the court.

---

Emma L. Sharpe, plaintiff in error, v. Illinois Bankers Life Association of Monmouth, Illinois, defendant in error. Gen. No. 7,393.

Action on insurance certificates. Judgment for defendant. Error to the Circuit Court of Woodford county; the Hon. Stevens R. Baker, Judge, presiding. Heard in this court at the April term, 1925. Affirmed. Opinion filed July 14, 1925.

Orman Ridgely, for plaintiff in error. W. H. Foster and J. W. Clendenin, for defendant in error; Robert M. Work, of counsel.

Mr. Justice Jett delivered the opinion of the court.

---

Moses Fleet, appellant, v. Illinois Central Railroad Company, appellee. Gen. No. 7,416.

Action for personal injuries sustained in cutting railroad rail. Judgment for defendant. Appeal from the Circuit Court of Kankakee county; the Hon. Arthur W. De Selm, Judge, presiding. Heard in this court at the October term, 1924. Reversed and remanded. Opinion filed July 14, 1925. Rehearing denied October 6, 1925.

Frank J. Burns and James T. Burns, for appellant. W. R. Hunter and Eva L. Minor, for appellee; John G. Drennan, of counsel.

Mr. Justice Jett delivered the opinion of the court.

---

Charles R. Withrow, appellee, v. John N. Miller, appellant. Gen. No. 7,432.

Action on promissory note. Judgment for plaintiff. Appeal from the Circuit Court of Henry county; the Hon. William T. Church, Judge, presiding. Heard in this court at the April term, 1925. Affirmed. Opinion filed July 14, 1925.

Harry E. Brown, for appellant; Arthur G. Higgs, of counsel. Harry H. Waite, for appellee.

Mr. Justice Jett delivered the opinion of the court.